# SCHEDULE A
# (Redacted in its Entirety Subject to Motion to File Under Seal)