# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-332-973**

**Effective Date of Registration:**
December 08, 2022
**Registration Decision Date:**
January 12, 2023

## Title _____

**Title of Work:** drinking cups

## Completion/Publication _____

**Year of Completion:** 2020
**Date of 1st Publication:** October 31, 2020
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Xingyan Jia
 **Author Created:** 2-D artwork
 **Citizen of:** China

## Copyright Claimant _____

**Copyright Claimant:** Xingyan Jia
No. 88, Xipu Road, Jixiang Community, Longcheng Street, Longgang District, Shenzhen, 518000, China

## Certification _____

**Name:** Xingyan Jia
**Date:** December 08, 2022

**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited 2-D artwork only. 17 USC 101, 102 (a), and 113.