IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Xingyan Jia,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,**<br><br>　　　　Defendants. | Case No.: 1:23-cv-06558<br><br>Judge: Hon. Virginia M. Kendall |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Xingyan Jia hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendant(s):

| # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 7 | Alrossa | Amazon | A24UNAW0BT200P |

DATE: September 14, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Benjamin A. Campbell
　　　　　　　　　　　　　　　　　　　Edward L. Bishop
　　　　　　　　　　　　　　　　　　　ebishop@bdl-iplaw.com
　　　　　　　　　　　　　　　　　　　Nicholas S. Lee
　　　　　　　　　　　　　　　　　　　nlee@bdl-iplaw.com
　　　　　　　　　　　　　　　　　　　Benjamin A. Campbell
　　　　　　　　　　　　　　　　　　　bcampbell@bdl-iplaw.com
　　　　　　　　　　　　　　　　　　　BISHOP DIEHL & LEE, LTD.
　　　　　　　　　　　　　　　　　　　1475 E. Woodfield Road, Suite 800
　　　　　　　　　　　　　　　　　　　Schaumburg, IL 60173
　　　　　　　　　　　　　　　　　　　Telephone: (847) 969-9123
　　　　　　　　　　　　　　　　　　　Facsimile: (847) 969-9124

*Counsel for Plaintiff, Xingyan Jia*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this September 14, 2023. Any other counsel of record will be served by electronic and/or first-class mail.

/s/ Benjamin A. Campbell<br>Benjamin A. Campbell